IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13CR327** |
| vs. | |
| **RODNEY TANKSLEY,** | **ORDER** |
| Defendant. | |

This matter is before the court on the defendant's request for copies of his criminal docket sheet (Filing No. 39). The Clerk of the Court is directed to send the defendant a copy of his criminal docket sheet. The court notes however, should the defendant require any other documents, absent a motion for collateral review of a conviction, the defendant would be required to pay for such documents. **See *Chapman v. United States***, 55 F.3d 390, 390-91 (8th Cir. 1995) (stating any request for a free transcript prior to the filing of a 28 U.S.C. § 2255 motion is premature).

**IT IS ORDERED**:

1. The defendant's request for copies (Filing No. 39) is granted as set forth in this order.

2. The Clerk of the Court is directed to send the defendant a copy of his criminal docket sheet.

Dated this 22nd day of September, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge