IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RODNEY TANKSLEY,<br><br>　　　　　　Defendant. | 8:13CR327<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Toni M. Leija-Wilson to withdraw as counsel for the defendant, Rodney Tanksley (Filing No. 26). James M. Davis has filed an entry of appearance as retained counsel for Rodney Tanksley. Therefore, Toni M. Leija-Wilson's motion to withdraw (Filing No. 26) will be granted.

Toni M. Leija-Wilson shall forthwith provide James M. Davis any discovery materials provided to the defendant by the government and any such other materials obtained by Toni M. Leija-Wilson which are material to Rodney Tanksley's defense.

The clerk shall provide a copy of this order to James M. Davis.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge